IC

Daniel M. Quinn )  **United States District Court**
                         )  **Northern District of Illinois**
   Plaintiff       )
                       )
   v.                 )
                       )  **RECEIVED**
                       )
   Defendant   )  MAY 06 2024 KB
The Childrens Advocacy Center
The Schaumburg police department,
Village of Schaumburg, IL

**COMPLAINT**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:24-cv-03635
Judge Matthew F. Kennelly
Magistrate Judge Jeffrey Cole
Cat 2 /Random
IC

FILED
APR 14 2023
IRIS Y. MARTINEZ
CLERK

Complaint (02/14/22) CCL 0063 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

Daniel Michael Quinn
Plaintiff(s)

v.

The Childrens Advocacy Center
Defendant(s)

Case No. 23L003660
Contract: ___
Amount Claimed: ___
Return Date: ___

### COMPLAINT

The Plaintiff(s) claim(s) as follows (use next page if more space is required):

14 and

I, Daniel Quinn, was sent to the Childrens Advocacy Center in Hoffman Estates IL to complete 20 hours of Community Service. During my visits to the Center, my "job" was to shred nude graphic images of Juveniles that had been Sexually raped and tortured with objects, showing measurement tools to show sizes of injuries/wounds. by people

These pictures would be

The allegations in this complaint are true.

○ Atty. No.: ___  ✓ Pro Se 99500  Dated: 4/14/2023

Atty Name: ___
Atty. for (if applicable): Daniel M. Quinn
Address: 65 King Dr
City: Streamwood   State: IL
Zip: 60107
Telephone: 847-305-9894
Primary Email: DQ8912@gmail.com

Signature: Daniel M. Quinn

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 2