IC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**FILED**

MAY 17 2024 JB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Daniel M. Quinn

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: 1:24-cv-03635
(To be supplied by the Clerk of this Court)

The Childrens Advocacy Center
The Schaumburg police dept.
Village of Schaumburg, IL

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**     **AMENDED COMPLAINT**

__X__    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: Daniel M. Quinn

    B. List all aliases: Daniel Quinn

    C. Prisoner identification number: _____

    D. Place of present confinement: Home

    E. Address: 65 King dr. Streamwood IL 60107

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: The Childrens Advocacy Center

    Title: Staff

    Place of Employment: 640 Illinois blvd Hoffman Estates IL 60169

    B. Defendant: The Schaumburg police dept.

    Title: Juvenile dept.?

    Place of Employment: 1000 W. Schaumburg rd. Schaumburg, IL 60194

    C. Defendant: Village of Schaumburg, IL

    Title: _____

    Place of Employment: 101 W. Schaumburg Ct. Schaumburg, IL 60193

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Daniel M. Quinn V. The Hoffman Estates police dept.

B. Approximate date of filing lawsuit: April 2023

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Daniel M. Quinn

D. List all defendants: The Hoffman Estates Police dept.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Daley Center Cook County, Chicago

F. Name of judge to whom case was assigned: Kathy Flanagan

G. Basic claim made: 1983 Civil

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Case is on going (pending).

I. Approximate date of disposition: April 2023

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3     Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV.** **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I, Daniel M. Quinn, was sent to the Childrens Advocacy Center of Hoffman Estates, IL by the Schaumburg police department in 2004. I was 14 years old at the time. The Schaumburg police dept. sent me to the Childrens Advocacy Center to complete 20 hours of Community Service which I, Daniel, completed all of. The Village of Schaumburg is who I am told is responsible of this matter financially. When at the Childrens Advocacy Center, I was given Vanilla folders and a paper shredder. The Vanilla folders contained pictures of young juveniles that had been sexually abused and raped by people or objects. These pictures also showed measuring rulers to show the size of the wounds on a person.

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I, Daniel M. Quinn, would like the Court to choose in my favor of this Complaint. I would like financial compensation for this Complaint.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 17 day of May, 20 24

Daniel M. Quinn
Daniel M. Qui
(Signature of plaintiff or plaintiffs)

Daniel M. Quinn
(Print name)

_____
(I.D. Number)

65 King dr.
Streamwood IL 60107
(Address)

